AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### District of Maryland
### AT BALTIMORE

United States of America
v.
David Robinson

*Defendant(s)*

Case No. 19-623-SAG

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __Aug 2017 through Feb 2019__ in the county of __Baltimore__ in the _____ District of __Maryland__, the defendant(s) violated:

| Code Section | Offense Description |
| --- | --- |
| Title 18 U.S.C. § 3147 | Commission of a Crime while on Release |
| Title 18 U.S.C. § 1513 | Retaliating Against a Witness |
| Title 18 U.S.C. § 1958 | Murder for Hire |

This criminal complaint is based on these facts:

See attached affidavit

☑ Continued on the attached sheet.

*Complainant's signature*

Glenn Hester, TFO
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 02/15/2019

*Judge's signature*

City and state: Baltimore, Maryland

Stephanie A. Gallagher, US Magistrate Judge
*Printed name and title*