# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA

vs.

DAVID ROBINSON

Case No. GLR-17-0341 & 19-623SAG

\*\*\*\*\*\*

## ORDER OF DETENTION BY AGREEMENT

A hearing, having been held on this date, at which the defendant was represented by _____Robert Biddle, Esq._____, and the Government was represented by Assistant United States Attorney _____Kenneth Clark_____, it is

**ORDERED**, this __15th__ day of __February__ __2019__, that the above-named defendant be, and the same hereby is, DETAINED by agreement of the parties until a hearing to be set on March 1, 2019 to determine detention or release and to review status of counsel.

Stephanie A. Gallagher
United States Magistrate Judge