IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

RECEIVED
USMS-F&IS OPS
BALTIMORE, MD
2019 MAR -1  P 2: 23

**UNITED STATES OF AMERICA**

vs.

**DAVID ROBINSON**

\*

\*

\*

Case No. GLR -17-0341 & 19-0623SAG

\*\*\*\*\*\*

## ORDER OF DETENTION BY AGREEMENT

A hearing, having been held on this date, at which the defendant was represented by ___Adam Ruther___, and the Government was represented by Assistant United States Attorney ___Samuka Boyd___, it is

**ORDERED,** this ___1st___ day of ___March___ ___2019___, that the above-named defendant be, and the same hereby is, DETAINED by agreement of the parties without prejudice to either side requesting a prompt hearing to set appropriate conditions of release or otherwise address the detention of the defendant.

_____
Stephanie A. Gallagher
United States Magistrate Judge