FILED ___ ENTERED
___ LODGED ___ RECEIVED

MAY 17 2019

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY ___ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA    *

v.    *    Criminal Number: 19-0623-SAG

DAVID ROBINSON,    *

      Defendant.    *

..ooOOOoo..

## ORDER

The Court finds, upon the parties' motion dated May 17, 2019, that pursuant to Title 18, United States Code, Sections 3161(h)(7), the interests of justice will be served by continuing the deadline for charging by indictment or information, and the trial date, beyond the speedy trial date and that the ends of justice served by such a delay of this case outweigh the interests of the public and the Defendants in a speedy trial, in that:

     a.      the failure to grant this request in this proceeding would be likely to result in a miscarriage of justice;

     b.      this case involves some complex issues and thus it would be unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within the time limits established by the Speedy Trial Act;

     c.      the failure to set trial beyond the speedy trial date in this proceeding would deny counsel for the Defendants and the attorney for the Government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence; and

     d.      it would be in the interest of justice to allow additional time for the parties to pursue plea negotiations.



THEREFORE, IT IS HEREBY ORDERED this 5/17 day of May, 2019, that the period from May 17, 2019 through July 17, 2019, shall be excluded from calculation under the Speedy Trial Act in the interests of justice, pursuant to Title 18, United States Code, Section 3161(h), for the reasons set forth above.

_____
HONORABLE STEPHANIE A. GALLAGHER J. Mark Coulson
UNITED STATES MAGISTRATE JUDGE

7